Law Office of David M. Garland
David M. Garland, State Bar #223679
455 Capital Mall Ste. 802
Sacramento, CA 95814
Telephone: (916) 366-1069

Attorney for Defendant NEREYDA ALVAREZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NEREYDA ALVAREZ,<br><br>　　　　Defendant | CASE NO. 2:19-CR-00231-WBS<br><br>STIPULATION AND ORDER MODIFYING AND DELETING THE LOCATION MONITORING CONDITION OF DEFENDANT'S PRE-TRIAL RELEASE |

STIPULATION

The parties hereby stipulate and request an order from the court modifying the defendant NEREYDA ALVAREZ' Conditions of Pre-Trial Release to delete the "Location Monitoring" condition.  Assigned United States Pretrial Services representative DARRYL WALKER is aware of this stipulation and amenable to the request for the proposed order.

IT IS SO STIPULATED.

Dated:   April 30, 2020           /s/ DAVID GARLAND
                                  DAVID GARLAND
                                  Counsel for Defendant
                                  NEREYDA ALVAREZ.


Dated:   April 30, 2020           /s/ CAMERON DESMOND
                                  CAMERON DESMOND
                                  Assistant United States Attorney


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED

Dated:  May 1, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE