David M. Garland, SBN: 223679
LAW OFFICE OF DAVID GARLAND
455 Capitol Mall #802
Telephone: (916) 366-1069
Email: dgarland@rocketmail.com

Attorney for Defendant,
NEREYDA ALVAREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-CR-0231-WBS-7 |
| Plaintiff, | |
| | STIPULATION REGARDING A CHANGE TO CONDITIONS OF RELEASE |
| vs. | |
| | DATE:<br>TIME:<br>COURTROOM: |
| NEREYDA ALVAREZ, | |
| Defendant. | |

///

///

///

///

[1]

1. I am the attorney of record for Defendant NEREYDA ALVAREZ.
2. On December 6, 2019, this Court imposed special conditions of release on Ms. Alvarez.
3. The special conditions state Ms. Alvarez must refrain from consuming any alcohol, and, that she must submit to alcohol testing at her expense.
4. Pretrial Services recommends the following modifications to the conditions of release. Therefore, the parties stipulate to change Ms. Alvarez's conditions of release.
5. The parties agree and stipulate, and request that the Court order the following:
   a) Terminate condition No. 8: "You must refrain from **any** use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medical marijuana prescribed and/or recommended may not be used."
   b) Impose the condition: "You must refrain from **excessive** use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medical marijuana prescribed and/or recommended may not be used."

IT IS SO STIPULATED.

///
///
///
///

[2]

|  |  |
|---|---|
|  | PHILLIP A. TALBERT<br>Acting United States Attorney |
| DATED: 6/15/2021 | */s/ David Spencer*<br>DAVID SPENCER<br>Assistant United States Attorney |
| DATED: 6/15/2021 | */s/ David M. Garland*<br>DAVID M. GARLAND<br>Attorney for Defendant,<br>NEREYDA ALVAREZ |

**ORDER**

IT IS SO ORDERED

Dated: June 23, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE