BETTY J. WILLIAMS, SBN 224793
LAW OFFICES OF WILLIAMS & ASSOCIATES, P.C.
3600 American River Drive, Suite 135
Sacramento, CA 95864
Telephone:   (916) 488 8501
Facsimile: (916) 488-8196
Email: betty@williamstaxlaw.com

Attorneys for Defendant
NEREYDA ALVAREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>NEREYDA ALVAREZ,<br><br>            Defendant. | Case No.: 2:19-cr-00231-WBS<br><br>**STIPULATION AND ORDER** |

The parties request to remove the drug testing condition required of Defendant Nereyda Alvarez.  Pretrial Services has reported that all of Ms. Alvarez's random drug tests have been clean since her release in December 2019, and recommends that the drug testing condition be removed.  In light of Pretrial Service's recommendation, the government does not object to this request.

June 16, 2022

/s/ Betty Williams for
David W. Spencer
Assistant United States Attorney

June 16, 2022

/s/ Betty Williams___
Betty Williams
Attorney for Defendant
Nereyda Alvarez

**O R D E R**

IT IS SO found and ORDERED this 16th day of June 2022.

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE