1  PHILLIP A. TALBERT
   United States Attorney
2  CAMERON L. DESMOND
   DAVID W. SPENCER
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6
   Attorneys for Plaintiff
7  United States of America

8                   IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | CASE NO. 2:19-CR-00231-WBS
12 |                       Plaintiff, | ORDER SEALING DOCUMENTS AS SET FORTH
                                       | IN GOVERNMENT'S NOTICE
13 |            v.                    |
14 | NEREYDA ALVAREZ,                 |
15 |                       Defendant. |

16

17        Pursuant to Local Rule 141(b) and based upon the representation contained in the government's

18 Request to Seal, IT IS HEREBY ORDERED that the six-page document pertaining to defendant

19 Alvarez, and the government's Request to Seal shall be SEALED until further order of this Court.

20        It is further ordered that access to the sealed documents shall be limited to the government and

21 counsel for the defendant.

22        The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court*

23 *for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for the reasons stated in

24 the government's request, sealing the government's motion serves a compelling interest.  The Court

25 further finds that, in the absence of closure, the compelling interests identified by the government would

26 be harmed. In light of the public filing of its request to seal, the Court further finds that there are no

27 / / /

28 / / /

additional alternatives to sealing the government's motion that would adequately protect the compelling interests identified by the government.

Dated: January 18, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER SEALING DOCUMENTS AS SET FORTH IN GOVERNMENT'S NOTICE

2