BETTY J. WILLIAMS, SBN 224793
LAW OFFICES OF WILLIAMS & ASSOCIATES, P.C.
3600 American River Drive, Suite 135
Sacramento, CA 95864
Telephone:  (916) 488 8501
Facsimile: (916) 488-8196
Email: betty@williamstaxlaw.com

Attorneys for Defendant
NEREYDA ALVAREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:19-CR-0231-WBS |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER** |
| NEREYDA ALVAREZ, | |
| Defendant. | |

This case is currently scheduled for Judgment and Sentencing on October 23, 2023.

Pre-Trial Services believes Ms. Alvarez is in a crisis state due to a recent eviction, job loss, and impending sentencing hearing, and has therefore requested as a change to Ms. Alvarez' conditions of release, that Ms. Alvarez must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer, and further that she must pay all or part of the costs of the counseling services based on her ability to pay, as determined by the pretrial services officer.

The United States does not object to the recommended modification.

//

//

//

STIPULATION AND ORDER                                   1                              2:19-CR-0231-WBS

| | |
|---|---|
| 1  July 11, 2023 | /s/ Betty Williams for _____ <br> David W. Spencer <br> Assistant United States Attorney |
| 4  July 11, 2023 | /s/ Betty Williams_____ <br> Betty Williams <br> Attorney for Defendant <br> Nereyda Alvarez |

**O R D E R**

IT IS SO found and ORDERED.

Dated:  July 12, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE