

BETTY J. WILLIAMS, SBN 224793
LAW OFFICE OF WILLIAMS & ASSOCIATES, P.C.
3600 American River Drive, Suite 135
Sacramento, CA 95864
Telephone:  (916) 488 8501
Facsimile: (916) 488-8196
Email: betty@williamstaxlaw.com

Attorney for Defendant
NEREYDA ALVAREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NEREYDA ALVAREZ,<br><br>Defendant. | Case No.: 2:19-CR-0231-WBS<br><br>**STIPULATION AND ORDER** |

This case is currently scheduled for Judgment and Sentencing on September 23, 2024.

Ms. Alvarez' mother passed away; her funeral is scheduled in Ensenada, Mexico on July 6, 2024.  Ms. Alvarez has requested to travel to Mexico with her sister and their children to on July 4, 2024, returning on July 8, 2024.

Pretrial Services advises that Ms. Alvarez has been fully compliant with her conditions of pretrial release.  Pretrial Services defers to the Court regarding her request to travel to Mexico.  If the Court grants the request, Pretrial Services will direct Ms. Alvarez to check in with her supervising officer upon her return on July 8, 2024.  In light of Pretrial Services' position and the unique facts of this case, the United States does not oppose this request.

//

//

//

//

July 3, 2024                    /s/ David W.Spencer
                                David W. Spencer
                                Assistant United States Attorney


July 3, 2024                    /s/ Betty Williams
                                Betty Williams
                                Attorney for Defendant
                                Nereyda Alvarez


**O R D E R**

IT IS SO ORDERED.

Dated:   July 3, 2024           _____
                                JEREMY D. PETERSON
                                UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER                    2                     2:19-CR-0231-WBS