BETTY J. WILLIAMS, SBN 224793
LAW OFFICE OF WILLIAMS & ASSOCIATES, P.C.
3600 American River Drive, Suite 135
Sacramento, CA 95864

Attorneys for Defendant
NEREYDA ALVAREZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>NEREYDA ALVAREZ,<br><br>                    Defendant. | CASE NO.  2:19-CR-00231-07 WBS<br><br>ORDER SEALING DOCUMENTS AS SET FORTH IN DEFENDANT'S NOTICE |

Pursuant to Local Rule 141(b) and based upon the representation contained in Defendant's Request to Seal, IT IS HEREBY ORDERED that the 11-page document pertaining to defendant Nereyda Alvarez, and the defendant's Request to Seal shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to the government and counsel for the defendant.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for the reasons stated in the defendant's request, sealing the 11-page document serves a compelling interest.  The Court further finds that, in the absence of closure, the compelling interests identified by the defendant would be harmed. In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to sealing the 11-page document that would adequately protect the compelling interests identified by the defendant.

Dated:  May 21, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER SEALING DOCUMENTS AS SET FORTH IN
DEFENDANT'S NOTICE

1